**GROUP ONE LTD., Plaintiff–Appellant,**

v.

**HALLMARK CARDS, INC., Defendant–Appellee.**

No. 03–1607.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2003.

*ORDER*

In accordance with this court's September 2, 2003, order in *In re Group One, Ltd.*, Miscellaneous Docket No. 743,

IT IS ORDERED THAT:

This appeal is dismissed.

**ACCIAI SPECIALI TERNI S.P.A. (now known as ThyssenKrupp Terni S.p.A.) and Acciai Speciali Terni USA (now known as ThyssenKrupp AST USA, Inc.), Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Allegheny Ludlum Corp., AK Steel Corporation, Butler Armco Independent Organization, United Steelworkers of America, AFL–CIO/CLC, and Zanesville Armco Independent Organization, Defendants–Appellees.**

No. 03–1058.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).